

SIGNED  10/4/2018

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.  PLEASE
SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| IN RE:  Christopher Allen McDaniel<br>Jennifer McDaniel | CHAPTER | 7 |
|---|---|---|
| | CASE # | 18-61947 |

O R D E R

The above-captioned matter is deficient in the following area(s):

☑ The petition was filed without certain required bankruptcy forms effective December 1, 2015.  Official Forms specific for individuals or Official Forms for non-individuals.

☐ Page 8 of the petition (Official Form 101) has not been completed.

☑ The petition was filed without official form B122 (Means Test Calculation)

☐ The Chapter 13 petition was filed without a Chapter 13 Plan

☑ The petition was filed without a certification that he/she has received an approved credit counseling briefing in the 180 day period ending on the date of filing of the petition or a certification of exigent circumstances.

It is accordingly

1

14daydef120115

O R D E R E D

that failure to cure said deficiency(ies) within fourteen (14) days from the date the petition was originally filed, or to file a pleading within such time requesting a hearing upon such asserted deficiency(ies), this case may be dismissed without further notice or hearing.

Service of a copy of this Order shall be made to debtor(s) and counsel for debtor(s); trustee, and other parties as may be appropriate.

\*\*END OF ORDER\*\*

14daydef120115

```
                         United States Bankruptcy Court
                          Western District of Virginia
```

In re:                                                        Case No. 18-61947-rbc
Christopher Allen McDaniel                                    Chapter 7
Jennifer McDaniel
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0423-6          User: maddoxl              Page 1 of 1                   Date Rcvd: Oct 04, 2018
                              Form ID: pdf003            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
db/jdb         +Christopher Allen McDaniel,    Jennifer McDaniel,    219 Canodys Store Road,
                 Amherst, VA 24521-3879

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
              Hannah W. Hutman(436156)    hhutman@hooverpenrod.com,    VA47@ecfcbis.com;jwhite@hooverpenrod.com
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
              William T. Harville, Esq    on behalf of Joint Debtor Jennifer  McDaniel harvillebk@gmail.com
              William T. Harville, Esq    on behalf of Debtor Christopher Allen McDaniel harvillebk@gmail.com
                                                                                             TOTAL: 4